# ALABAMA COURT OF CRIMINAL APPEALS



October 4, 2024

**CR-2023-0872**
B.T.H. v. State of Alabama (Appeal from Lee Circuit Court: CC-21-409)

## <u>NOTICE</u>

You are hereby notified that on October 4, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk